# EXHIBIT B

Dear Angel,

As you may know, Adams Delaware Owner, LLC ("ADO") is in litigation with NDR Holdings, LLC ("NDR") regarding funds deposited into an escrow account pursuant to a purchase contract for the Clark Adams Building. ADO hereby assigns the proceeds of any recovery received from the case with NDR to pay off the outstanding loan that you made to ADO in or around December 2016.

Sincerely,

ADAMS DELAWARE OWNER, LLC, a Delaware limited liability company

By: Speedy Acquisition Partners, LLC, an Illinois limited liability company
Its: Manager

By: _____
Name: Musa P. Tadros
Its: Authorized Agent